# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| SHENG-WEN CHENG, | Case No. 23-CV-737 (NEB/LIB) |
| Plaintiff, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION |
| CLAYTON WILCOX, NGUYEN LEE, HOWARD BONIFANT, INMATE MILLER, INMATE CHANDELLOR, and KHAMSAY XAYAMONTEY, | |
| Defendants. | |

The Court has received the June 8, 2023 Report and Recommendation of United States Magistrate Judge Leo I. Brisbois. (ECF No. 10.) No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation (ECF No. 10) is ACCEPTED;

2. Cheng's RICO claims are DISMISSED WITHOUT PREJUDICE under 28 U.S.C. Section 1915(e) for failure to state a claim;

3. The Court declines to exercise supplemental jurisdiction over Cheng's state-law claims;

4. Cheng's Application to Proceed in District Court Without Prepaying Fees or Costs (ECF No. 2) is DENIED AS MOOT; and

5. This action is DISMISSED WITHOUT PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: August 9, 2023               BY THE COURT:

                                    s/Nancy E. Brasel
                                    Nancy E. Brasel
                                    United States District Judge